Martin v. Washington Post Company et al Doc. 1 Att. 1
3:09-cv-03295-JES-BGC   # 1-2    Page 1 of 2
MICRO: 2NURTURE                     PAGE 01

E-FILED
Tuesday, 10 November, 2009  02:39:25 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT
FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
SPRINGFIELD, ILLINOIS

ANDY MARTIN,                              )
                                          )
                          Plaintiff,      )
                                          )
vs.                                       )   Case No. 2009CH737
                                          )
WASHINGTON POST COMPANY,                  )
DANIEL MORSE, SCOTT SHIRLEY               )
    D/B/A/ ADR PRODUCTIONS,               )
GOOGLE, INC.,                             )
JOHN GILCHRIST,                           )
    A/K/A JOHN BORLAZA,                   )
JIM BROSEMER,                             )
MONTGOMERY COUNTY, MARYLAND,              )
JOHN J. MCCARTHY,                         )
JOHN DOE AGENT OF MARK KIRK and/or        )
    BARACK HUSSEIN OBAMA,                 )
WILLIAM G. SIMMONS,                       )
EUGENE WOLFE, CHERYL MCCALLY,             )
                                          )
                          Defendants.     )

## DECLARATION OF WRITTEN CONSENT TO REMOVAL

I, JOHN GILCHRIST, declare as follows:

1.  I am a defendant in the above captioned matter.

2.  I consent to and join in the removal of the above captioned matter from state court to federal court in the Central District of Illinois.

3.  I understand that this Declaration of Written Consent to Removal will be filed as an exhibit to the Notice of Removal to be filed by defendant Daniel Morse. I intend this to reflect my joinder to the Notice of Removal.

1813472

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2009          _____, Defendant