E-FILED
Tuesday, 10 November, 2009  02:39:25 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT
FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| ANDY MARTIN,                                           )<br>                                                       )<br>                                 Plaintiff,           )<br>                                                       )<br>       vs.                                             )   Case No. 2009CH737<br>                                                       )<br>WASHINGTON POST COMPANY,                                )<br>DANIEL MORSE, SCOTT SHIRLEY                             )<br>      D/B/A/ ADR PRODUCTIONS,                          )<br>GOOGLE , INC.,                                          )<br>JOHN GILCHRIST,                                         )<br>      A/K/A JOHN BORLAZA,                               )<br>JIM BROSEMER,                                           )<br>MONTGOMERY COUNTY, MARYLAND,                            )<br>JOHN J. MCCARTHY,                                       )<br>JOHN DOE AGENT OF MARK KIRK and/or                      )<br>      BARACK HUSSEIN OBAMA,                             )<br>WILLIAM G. SIMMONS,                                     )<br>EUGENE WOLFE, CHERYL MCCALLY,                           )<br>                                                       )<br>                                 Defendants.           ) | |

### DECLARATION OF WRITTEN CONSENT TO REMOVAL

I, Scott Shirley, declare as follows:

1. I am a defendant in the above captioned matter.

2. I consent to and join in the removal of the above captioned matter from state court to federal court in the Central District of Illinois.

3. I understand that this Declaration of Written Consent to Removal will be filed as an exhibit to the Notice of Removal to be filed by defendant Daniel Morse. I intend this to reflect my joinder to the Notice of Removal.

1813472

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2009                          _____, Defendant