IN THE CIRCUIT COURT
FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| ANDY MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | IN CHANCERY |
| | ) | |
| v. | ) | No. 2009 CH 737 |
| | ) | |
| WASHINGTON POST COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED
NOV 1 0 2009   CIV.-6

Clerk of the Circuit Court

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:  Andy Martin
     30 East Huron Street, Ste. 4406
     Chicago, Illinois 60611-4723

Andy Martin
P.O. Box 1851
New York, New York 10150

**PLEASE TAKE NOTICE** that on November 10, 2009, we filed with the Clerk of the Circuit Court for the Seventh Judicial Circuit of Illinois, a true and correct copy of the Notice of Removal filed on behalf of defendant Daniel Morse in the United States District Court for the Southern District of Illinois on November 10, 2009. A copy of the Notice of Removal is attached hereto and served upon you.

DANIEL MORSE

By: _____
    One of his attorneys

Donald M. Craven
Donald M. Craven P.C.
1005 North Seventh Street
Springfield, Illinois 62702
(217) 544-1777

David P. Sanders (#2452359)
Wade R. Thomson (#6282174)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was forwarded to:

Andy Martin  
30 East Huron St., Suite 4400  
Chicago, IL   60611-4723

Andy Martin  
P. O. Box 1851  
New York, NY   10150

and all other served Defendants by depositing the same in a United States Post Office box in Springfield, Illinois, enclosed in an envelope, address as identified above, with proper postage fully prepaid on November 10, 2009.