Martin v. Washington Post Company et al												Doc. 3 Att. 1
			3:09-cv-03295-JES-BGC   # 3-2      Page 1 of 2
												E-FILED
										Friday, 18 December, 2009   03:33:07 PM
											Clerk, U.S. District Court, ILCD

# B

Order Form (01/2005)   Case 1:08-cv-03812   Document 16   Filed 10/21/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3812 | **DATE** | 10/21/2008 |
| **CASE TITLE** | Andy Martin vs. Daniel Akerson | | |

### DOCKET ENTRY TEXT

Plaintiff's motion for an extension (13) is stricken. The motion to dismiss (8) is granted and this case is dismissed with prejudice. (For further details see minute order.)

■ [ For further details see text below.]    Notices mailed by Judicial staff.

### STATEMENT

Defendants have moved to dismiss this case pursuant to Rule 41(b) or, alternatively, Rule 12(b)(6). The court set a briefing schedule, directing that Plaintiff respond on or before August 12, 2008. Plaintiff submitted a motion for an extension of the time to respond, but failed to notice that motion for hearing. In any case, Plaintiff's motion sought an extension to September 19, 2008; that date has come and gone without further word from Plaintiff.

The court has reviewed Defendants' motion to dismiss, which appears amply supported by Plaintiff's history. Plaintiff's motion for an extension (13) is stricken. The motion to dismiss (8) is granted and this case is dismissed with prejudice.