Martin v. Washington Post Company et al                                                                                         Doc. 5
3:09-cv-03295-JES-BGC    # 5    Page 1 of 3
                                                                                        **E-FILED**
                                                                    Friday, 18 December, 2009  03:48:22 PM
                                                                         Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ANDY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-cv-03295-JES-BGC |
| ) | |
| WASHINGTON POST COMPANY, DANIEL ) | Magistrate Judge Byron G. Cudmore |
| MORSE, SCOTT SHIRLEY, d/b/a ADD ) | |
| PRODUCTION, GOOGLE, INC., JOHN ) | |
| GILCHRIST, a/k/a JOHN BORLAZA, JIM ) | |
| BROSEMER, MONTGOMERY COUNTY, ) ) | |
| MARYLAND, JOHN J. McCARTHY, JOHN ) | |
| DOE AGENT OF MARK KIRK and/or ) | |
| BARACK HUSSEIN OBAMA, WILLIAM G. ) | |
| SIMMONS, EUGENE WOLFE, CHERYL ) | |
| McCALLY, ) | |
| ) | |
| Defendants. ) | |

## MOTION OF DEFENDANT DANIEL MORSE
## FOR ORDER GRANTING LEAVE TO
## DAVID P. SANDERS AND WADE R. THOMSON TO APPEAR *PRO HAC VICE*

Defendant Daniel Morse ("Morse"), by his attorneys, moves this Court, pursuant to CDIL-LR 83.05(F), for entry of an order granting leave to David R. Sanders and Wade A. Thomson to appear as his counsel in this action *pro hac vice*. In support of this motion, Morse states as follows:

1.      Morse is one of the defendants in this action. He currently is employed by the Washington Post newspaper.

2.      Morse has retained David P. Sanders and Wade A. Thomson of the Chicago law firm of Jenner & Block LLP to serve as his lead counsel in this action.

3.      Mr. Sanders is a partner with Jenner & Block, where he has practiced since 1974. He is a member in good standing of the bar of the State of Illinois, of the United States Court of

-1-

Dockets.Justia.com

Appeals for the Seventh Circuit, and of the Trial Bar of the United States District Court for the Northern District of Illinois.

4. Mr. Thomson is an associate with Jenner & Block, where he has practiced since 2004. He is a member in good standing of the bar of the State of Illinois, and of the United States District Court for the Northern District of Illinois.

5. Donald M. Craven of Springfield, Illinois will also be representing Morse as local counsel in this action.

**WHEREFORE,** Daniel Morse respectfully requests that this Court grant leave to David P. Sanders and Wade A. Thomson to appear *pro hac vice* in this action.

DANIEL MORSE, Defendant

By: _____/s/ Donald M. Craven_____
Donald M. Craven (ARDC #6180492)
Attorney for Defendant
**Donald M. Craven, P. C.**
1005 North Seventh Street
Springfield, IL   62704
Telephone:    (217) 544-1777
Facsimile:     (217) 544-0713
E-Mail:         don@cravenlawoffice.com

David P. Sanders (#2452359)
Wade R. Thomson (#6282174)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL   60654-3456
Telephone:    (312) 222-9350

**PROOF OF SERVICE**

      I hereby certify that on December 18, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: NONE and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| | |
|---|---|
| Andy Martin<br>30 East Huron St., Suite 4400<br>Chicago, IL  60611-4723 | Andy Martin<br>P. O. Box 1851<br>New York, NY  10150 |

and other named Defendants.

      /s/ Donald M. Craven
Donald M. Craven
ARDC #6180492
**Donald M. Craven, P.C.**
1005 North Seventh Street
Springfield, IL  62702
Phone:  217/544-1777
Facsimile:  217/544-0713
E-Mail:  don@cravenlawoffice.com

David P. Sanders (#2452359)
Wade R. Thomson (#6282174)
**JENNER & BLOCK LLP**
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 222-9350