Martin v. Washington Post Company et al

3:09-cv-03295-JES-CHE    # 6    Page 1 of 3

Doc. 6

E-FILED
Monday, 21 December, 2009 01:45:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDY MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WASHINGTON POST COMPANY, | ) Case No. 3:09-cv-03295-JES-BGC |
| DANIEL MORSE, SCOTT SHIRLEY | ) |
| d/b/a/ ADR PRODUCTIONS, GOOGLE, | ) Magistrate Judge Byron G. Cudmore |
| INC., JOHN GILCHRIST, A/K/A JOHN | ) |
| BORLAZA, JIM BROSEMER, | ) |
| MONTGOMERY COUNTY, | ) |
| MARYLAND, JOHN J. MCCARTHY, | ) |
| JOHN DOE AGENT OF MARK KIRK | ) |
| and/or BARACK HUSSEIN OBAMA, | ) |
| WILLIAM G. SIMMONS, EUGENE | ) |
| WOLFE, and CHERYL MCCALLY, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

NOW COMES Thomas W. Kelty, Kelty Law Office, and enters his appearance as attorney for MONTGOMERY COUNTY, MARYLAND, a Defendant, in the above-styled cause of action, and states he is in good standing with this Court (L.R. 83.5(f)), and is the lead counsel for Montgomery County, Maryland (L.R. 11.2).

Respectfully submitted,

**MONTGOMERY COUNTY, MARYLAND,
Defendant**

　　　/s/ Thomas W. Kelty　　　
It's Attorney

Thomas W. Kelty, No. 1441337
Kelty Law Office
Attorney for Defendant

H:\Montgomery County/Entry of Appearance.wpd.\12-21-2009        -1-

    Montgomery County, Maryland
P.O. Box 2243
Springfield, IL  62705
Telephone: 217/789-8901

| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | )   SS. |
| **COUNTY OF SANGAMON** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above instrument was filed electronically with the Court on December 21, 2009.

/s/ Thomas W. Kelty