E-FILED
Tuesday, 22 December, 2009  03:07:26 PM
Clerk, U.S. District Court, ILCD



Friday, December 18, 2009
3305 Peoria Ave.
Beggs, OK 74421

**Case No 3:09-cv-03295-JES-BGC**

Court Clerk
U.S. District Court of IL – Springfield Division
151 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701
(217) 492-4020, TEL

Dear Court Clerk,

No event below took place in Illinois.

1. First, I read a Google news alert of a public presentation by Andy Martin.
2. Then, I contracted Scott Shirley, of ADR Productions in Maryland, to video tape that public event in Washington, D.C. on April 3, and April 4, 2009.
3. Per contract, the copyright and intellectual property rights of that video belong to ADR Productions, Rockville, Maryland.
4. I never had in mind to be obligated to Mr. Andy Martin. There is no formal, written and signed agreement, between Mr. Martin and me.
5. I had no knowledge of Mr. Martin's senate campaign in Illinois when I contracted with ADR Productions.
6. I respectfully request this case be dropped, or that I be removed from the case.

Very truly yours,

John Gilchrist