```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                         SPRINGFIELD DIVISION
```

FILED
FEB 17 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
ANDY MARTIN,                     )
                                 )
             Plaintiff,          )
                                 )
     vs.                         )    CASE NO. 3:09-3295-JES-CHE
                                 )
WASHINGTON POST COMPANY,         )
et al.,                          )
             Defendants.         )
```

MOTION TO CLARIFY NOTICE IN THIS LAWSUIT

Plaintiff moves the Court to clarify the process for notice by the Court in this lawsuit:

1. In his initial complaint Plaintiff listed a New York address as his primary address. The Clerk of this Court ignored that designation. (A courtesy copy to Chicago is appreciated but not mandatory due to the excessive mail delivery problems which persist in Chicago.)

2. PACER reflects no action by this Court since December, 2009. How and why is action taking place that is not reflected on PACER?

Plaintiff would like some explanation so that he may receive timely notices and participate effectively in this lawsuit.

DATED: February 16, 2010

Respectfully submitted,

ANDY MARTIN

NATIONAL LITIGATION CENTER
P. O. Box 1851
New York, NY 10150-1851
Toll-free tel. (866) 706-2639
Toll-free fax (866) 707-2639
E-mail: AndyMart20@aol.com (text only)

Additional courtesy copy requested to:

ANDY MARTIN
REGIONAL LITIGATION SUPPORT
30 E. Huron Street, Suite 4406
Chicago, IL 60611-4723

**SERVICE OF NOTICES IS RESPECTFULLY REQUESTED BY FAX OR E-MAIL**

Additional e-mail address available upon request

CERTIFICATE OF SERVICE

I certify I have served the defendants and their attorneys as follows:

By fax:

Donald Craven, Esq. (217) 544-0713

Thomas Kelty, Esq. (217) 726-8300

By mail:

John Gilchrest,
Scott Shirley,

on February 16, 2010.

ANDY MARTIN